UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH MONTALDO,
                Plaintiff

                                              **ORDER**
        -against-                                  CV  21-1272 (JMA)(ARL)

THE COUNTY OF SUFFOLK,
                Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Completion and filing of the attached form is the first step in the scheduling process and is mandatory.  This Rule 26(f) Report shall be submitted to the Court within 30 days.


Dated:  Central Islip, New York                        **SO ORDERED:**
           July 14, 2021

                                                                _____s/_____
                                               ARLENE ROSARIO LINDSAY
                                             United States Magistrate Judge