UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH MONTALDO,

                            Plaintiff,

          -against-

THE COUNTY OF SUFFOLK.,

                            Defendant.
-------------------------------------------------------------X

**Rule 26(f) Report**
CV 21-1272 (JMA)(ARL)

      Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on _____ and was attended by:

      _____, counsel for plaintiff(s)

      _____, counsel for defendant(s).

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.   INITIAL DISCLOSURES
   Have the parties agreed to make initial disclosures?

   _____ Yes    _____ No    _____ The proceeding is exempt under Rule 26(a)(1)(B).

   If yes, such initial disclosures shall be made by _____.

2.   VENUE AND JURISDICTION
   Are there any contested issues related to venue or jurisdiction?

       _____ Yes    _____ No

   If yes, describe the issue:

   If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

3.   PARTIES AND PLEADINGS
   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by _____.
   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

4. <u>MOTIONS</u>
   Are there any pending motion(s)? _____ Yes   _____ No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

5. <u>ISSUES</u>
   Jointly provide a brief description of case, including causes of action set forth in thecomplaint, and indicate whether there is a jury demand:

6. <u>DISCOVERY PROCEDURES</u>
   a. The parties agree that all fact discovery shall be completed by _____. The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If, after having met and conferred, the parties are unable to reach an agreement on any matter related to discovery, they may seek the Court's assistance by letter motion pursuant to Local Rule 37.3 and in accordance with Judge Lindsay's Individual Rules.

   b. Do the parties anticipate the production of ESI? _____ Yes _____ No
      If yes, describe the protocol for such production:

   c. Do the parties intend to seek a confidentiality order or claw back agreement? [1]
      If yes, such order or agreement shall be filed with the Court by _____.

7. <u>DISPOSITIVE MOTIONS</u>
   Any party planning on making a dispositive motion must take the first step in the motion process by _____.

8. <u>EXPERT TESTIMONY</u>
   a. Primary expert reports must be produced by _____.
   b. Rebuttal expert reports must be produced by _____.
   c. All expert discovery shall be completed by _____.

9. <u>SETTLEMENT</u>
   Plaintiff(s) will a make a settlement demand by _____.

   Defendant(s) will respond by _____.

---

[1] See attachment A.

      The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.

      In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

10.    RULE 16 PRETRIAL CONFERENCE
    Upon receipt of this Form the court will schedule a Rule 16 conference by telephone.

11.    CONSENT TO MAGISTRATE JUDGE
    Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)

            _____ Yes    _____ No

12.    OTHER MATTERS
    Indicate any other matters for the Court's consideration:

Dated:

                        [To be signed by Counsel]

# United States District Court
# Eastern District of New York

*Documents must not be filed under seal or ex parte unless the court has granted a motion for leave to file under seal. Please follow these steps.*

## Steps for E-filing Sealed Documents - *Civil* Cases

1. **Attorney e-files a Motion for leave to e-file a Sealed Document. The proposed document(s) to be e-filed under seal must be an attachment to this filing.**

   A Notice of Electronic Filing (NEF) will be sent to all case participants.

   At the time of this filing, the Docket Entry will be **public**, but the attached Motion and Proposed Sealed Document(s) will be **sealed**. (Even the filing party will not have access to the attached documents through ECF.)

2. **Judge will enter an order ruling on the Motion for Leave to file Sealed Document(s):**

   A Notice of Electronic Filing (NEF) will be sent to all case participants.

   At the time of this filing, the Docket Entry of the Judge's order will be **public**, but the attached order will be **sealed.**

   ***If the Order grants the Motion for Leave to e- file Sealed Document*** - a prompt will direct the attorney to file the Sealed Document(s) again, using the appropriate Event and the Sealed Document event.

   For example; to e-file a Sealed Motion to Compel:
   Under Motions: select both the Sealed Document **and** Compel events.

   **Both selections should appear in the Selected Events box.**

   The NEF will include a link to EDNY's instructions on how to e-file sealed documents, which is posted on our website.

   ***If Order denies the Motion for Leave to e- file Sealed Document***, a prompt will notify attorney that they are not allowed to e-file the Document as a Sealed Document. The attorney may then choose to either e-file it as a public document or not to file it.

**Note**: E-filing a motion for leave to e-file as sealed document is not the same as the e-filing of a motion for leave to e-file an ex parte document. An ex parte document is viewable by court staff and the filing party. A sealed document is viewable only by those with sealed access to the case.

Revised 06/29/2017