

Steven J. Moser
631-824-0200
steven.moser@moserlawfirm.com

November 10, 2021

VIA ECF

The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:     *Montaldo v. County of Suffolk*, 2:21-cv-01272-JMA-ARL

Dear Judge Lindsay:

     Please accept this late request for adjournment of this morning's conference in the above referenced matter.  My assistant brought to my attention yesterday a conflict in my calendar between this case and a pre-motion conference before Judge Chen.  In addition, my client is considering discontinuing this matter.  For these reasons, I respectfully request a brief one-week adjournment.  The County of Suffolk has consented to this request.

                                Respectfully submitted,

                                /s *Steven J. Moser*
                                Steven J. Moser

TO: All counsel of Record (VIA ECF)