Guercio & Guercio LLP
ATTORNEYS AT LAW

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

August 5, 2026

**Via ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Montaldo v. County of Suffolk*
Docket No. 21-cv-1272 (JMA)(ARL)

Dear Judge Azrack:

As the parties have previously advised the Court, this matter has been settled. Pursuant to General Municipal Law §6-n(9)(b), insofar as the settlement amount of $160,000.00 (One Hundred Sixty Thousand Dollars) exceeds the $25,000 statutory limit set forth by law, the settlement must be judicially approved prior to payment. Thus, attached for the Court's consideration are the following documents:

1. Letter from Suffolk County Legislator Chad Lennon confirming approval of the settlement by the Ways & Means Committee of the Suffolk County Legislature;

2. A general release signed by plaintiff and plaintiff's counsel.

3. A proposed order for the Court's signature.

Upon delivery of the settlement payment, a Stipulation and Order of Voluntary Dismissal will be filed with the Court. Please advise if the Court requires any further information prior to approval of the settlement.

Thank you for the Court's consideration of this matter.

Very truly yours,

GUERCIO & GUERCIO LLP

ADAM I. KLEINBERG

CC: ALL COUNSEL OF RECORD (VIA ECF)