**SUFFOLK COUNTY**

**COUNTY LEGISLATURE**

**CHAD H. LENNON**
**LEGISLATOR, 6TH DISTRICT**

July 9, 2026

Susan A. Flynn
Deputy County Attorney
P.O. Box 6100
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, New York 11788

**Re:** (*Montaldo, Joseph v. County of Suffolk.*)

Dear Ms. Flynn:

This letter will confirm that at the July 9, 2026 meeting of the Ways and Means Committee of the Suffolk County Legislature, settlement of the above captioned matter by the County's contribution of the sum of **$160,000.00 (one hundred sixty thousand dollars)** was authorized.

Respectfully,

Chad Lennon
Suffolk County Legislator
Chair, Ways and Means Committee

745 ROUTE 25A, SUITE D, ROCKY POINT, NY 11778 ● PHONE: 631-854-1600 ● CHAD.LENNON@SUFFOLKCOUNTYNY.GOV