UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH MONTALDO,

Plaintiff,

-against-

COUNTY OF SUFFOLK,

Defendant.

FILED
CLERK
8/6/2026 4:27 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER ISSUED PURSUANT TO G.M.L. § 6-n APPROVING SETTLEMENT**

21-cv-1272 (JMA)(ARL)

P R E S E N T: Hon. Joan M. Azrack, U.S.D.J.,

WHEREAS, an application has been made to the undersigned by County of Suffolk in the above-captioned action for an Order approving a settlement of the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for One Hundred Sixty Thousand Dollars ($160,000.00),

Now, upon reading and filing:

a) the letter of Adam I. Kleinberg, counsel for the defendant, dated August 5, 2026;

b) the General Release signed by Plaintiff, Joseph Montaldo, and Plaintiff's attorney, Mordy Yankovich, Esq. agreeing to settlement;

c) the letter of Chad Lennon, Chair of the Ways & Means Committee of the Suffolk County Legislature, approving settlement of the claim;

And it satisfactorily appearing to the Court from all prior proceedings had herein that the proposed settlement of One Hundred Sixty Thousand Dollars ($160,000.00) to be paid by Defendant County of Suffolk is just, reasonable, and in the best interest of the County of Suffolk and Plaintiff;

IT IS, therefore, on the application of Defendant, County of Suffolk, and with the consent of Plaintiff's attorney;

ORDERED that said settlement is hereby approved and shall be disbursed in the following manner:

ORDERED, that the settlement of the captioned matter for the amount of One Hundred Sixty Thousand Dollars ($160,000.00), inclusive of all costs, disbursements and attorney's fees, to be paid to Plaintiff, Joseph Montaldo, and his attorneys, Lieb and Law, P.C., by check payable to Lieb at Law, P.C., as attorneys, is approved, and the application for said approval is hereby granted.

SO ORDERED.

Dated: Central Islip, NY
August 6, 2026

E N T E R:

/s/ JMA

Hon. Joan M. Azrack, U.S.D.J.